| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>Horiguchi Building, Rm. 4D<br>P.O. Box 502089<br>Saipan, MP 96950<br>Tel: (670) 236-2990<br>Fax: (670) 236-2992 |
|---|---|---|

DUENAS, RAYMOND TUDELA
USDC Cr. Cs. #97-00018-002
SS#: XXX-XX-6858
DOB: XX-XX-1969
HT: 5'1"   WT: 105 lbs.



DATE    August 8, 2007

F I L E D
Clerk
District Court

AUG - 8 2007

YOU ARE AUTHORIZED TO TRAVEL TO    Guam    For The Northern Mariana Islands
By
(Deputy Clerk)

LEAVING    August 10, 2007    AND RETURNING    December 31, 2007
(estimated)

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

To work on Guam.

SPECIAL INSTRUCTIONS:    (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA.
ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of supervised release while on travel status;

2. You shall call the U.S. Probation Office in Guam, at 671-473-9201, attention Officer John San Nicolas, within 24 hours of arrival in Guam;

3. You shall call the U.S. Probation Office in Saipan, at 670-236-2990, attention Officer Margarita Wonenberg, within 24 hours of arrival in Saipan.

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

NAME    N/A
ADDRESS

Margarita DLG. Wonenberg
UNITED STATES PROBATION OFFICER

[X] APPROVED    [ ] DISAPPROVED

HONORABLE DAVID A. WISEMAN
DESIGNATED JUDGE
U.S. DISTRICT COURT OF THE NORTHERN
MARIANA ISLANDS

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 97-00018-002 |
| ) | |
| Plaintiff, ) | |
| ) | **REQUEST TO TRAVEL** |
| vs. ) | |
| ) | |
| RAYMOND TUDELA DUENAS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

      On September 4, 1997, Raymond Tudela Duenas was sentenced by the Honorable Alex R. Munson, Chief Judge for the U.S. District Court of the Northern Mariana Islands, for the offense of Distribution of a Scheduled II Controlled Substance, in violation of 21 U.S.C. § 841(a)(1). The defendant was sentenced to 60 months imprisonment and four years of supervised release with conditions to include that he obey all federal, state, and local laws; participate in a drug treatment program approved by the U.S. Probation; obtain and maintain gainful employment; pay a special assessment fee of $100; and pay a fine in the amount of $5,000. On August 19, 2004, supervised release conditions were modified to include that the defendant remain in school until he receives a high school equivalency diploma; and perform 200 hours of community service as a sanction for noncompliance.

      On November 12, 2004, supervised release was revoked and the defendant was sentenced to 24 months imprisonment followed by 24 months supervised released with conditions to include: that he participate in a treatment program approved by the U.S. Probation Office for substance abuse which program may include testing to determine whether the defendant has reverted to the use of drugs, and shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the U.S. Probation Office; refrain from any use of alcohol; obtain and maintain gainful employment; and obtain a high school equivalency diploma. On August 9, 2006, Mr. Duenas was released from federal prison and commenced supervised release.

      On July 19, 2007, Mr. Duenas approached this officer and requested temporary relocation to Guam to work for a company called Mozzel's Boys, where he is expected to install water meters and earn $7 to $33 per meter depending on the type of water meter. On July 20, 2007, William Brundidge, the proprietor of Mozzel's Boys verified that the job for Mr. Duenas is located in Guam and the project he has been hired for is expected to last for approximately three months. He explained that his company is subcontracted by Kusukabe Guam, Incorporated, contractor for Guam Water Works Authority, and he supplies manpower as needed. On July 31, 2007, his proposed residence was verified, and on August 6, 2007, the request for temporary relocation to Guam was approved.

Request to Travel
Re: DUENAS, Raymond Tudela
Criminal Case No. 97-00018-002
August 7, 2007
Page 2

Mr. Duenas is required to start work as soon as possible and his employer has submitted documents to verify the type of job that is required. On August 6, 2007, he submitted a request to travel to Guam at the earliest on August 10, 2007. He also asked to be allowed travel back and forth from Guam to Saipan to see his family.

**Supervision Compliance:** Mr. Duenas is compliant with the conditions of his supervised release. He satisfied his special assessment fee of $100 on September 4, 1997. He also satisfied his fine of $5,000 on March 4, 2005. He completed 200 hours of community service on February 8, 2007. Mr. Duenas is currently in Phase II of the Substance Abuse Treatment Program administered by Marianas Psychiatric Services, and is expected to progress to Phase III on August 18, 2007. Records at the Marianas Psychiatric Services (MPS) verified that he is compliant with the policies and procedures of the program. While on Guam, Mr. Duenas will continue to undergo urinalysis.

**Recommendation:** In light of Mr. Duenas' compliance, this Officer supports the request to travel to Guam. Further, this officer recommends that Mr. Duenas be allowed to travel between Guam and Saipan with prior approval by the U.S. Probation Office. This officer respectfully seeks court approval.

Respectfully Submitted,

ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U. S. Probation Officer

By: *[signature]*
MARGARITA DLG WONENBERG
U. S. Probation Officer

Reviewed by:

*[signature]*
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:   File