PROB 34
(3/07)

**Report and Order Terminating Supervised Release**

FILED
Clerk
District Court

# UNITED STATES DISTRICT COURT
FOR THE

District of the Northern Mariana Islands

AUG 13 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES OF AMERICA

v.

RAYMOND TUDELA DUENAS

CRIMINAL CASE NO. 97-00018-002

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **August 7, 2008**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By: _____
JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

_____
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

cc:   AUSA
      Defense Counsel
      File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

_____
ALEX R. MUNSON
CHIEF JUDGE

August 13, 2008
(Date)